## MOSHER *v.* ST. LOUIS, I. M. & S. RY. CO.[1]

*(Circuit Court, E. D. Missouri. March 24, 1884.)*

REMOVAL OF CASES FROM STATE COURTS TO THE CIRCUIT COURT OF THE UNITED STATES.

Either party may remove into a circuit court of the United States any case where the controversy is between citizens of different states.

Motion to remand a case removed to this court from the circuit court of Jefferson county, Missouri, at the instance of the defendant who is a resident of Missouri.

*William M. Eccles* and *E. P. Johnson,* for plaintiff.

*Bennett Pike,* for defendant.

TREAT, J. The court is referred to sections of the Revised Statutes which embraced all statutes prior to December 1, 1873. Since then the act of March 3, 1875, has enlarged the jurisdiction of the federal courts, whereby either party may remove into a circuit court of the United States any case where the controversy is between citizens of different states.

The motion to remand is overruled.